IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**BRANDON JERMAINE GREEN,**

    Plaintiff,

v.    Civil Action No. 7:13-CV-46 (HL)

**TOBY KNIFFER,**

    Defendant.

**ORDER**

This case is before the Court on Plaintiff's Motion to Dismiss Complaint (Doc. 29). Plaintiff has requested that the Court dismiss his complaint. Defendant has not filed a response to the motion or objected to the request. Therefore, the Motion to Dismiss is granted. Plaintiff's complaint is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2). Defendant's Motion for Summary Judgment (Doc. 27) is denied as moot.

**SO ORDERED**, this the 7th day of February, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

mbh